UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Luis Flores,

               Plaintiff,

      -against -                Index No. 17-CV-2611(ALC)(KNF)

Battery Place Market Corp., SHK Holdings Inc.,
Vicente Millan, and Sung Kim,

               Defendants.
------------------------------------------------------------x

## DECLARATION OF PATRICIA KAKALEC

Patricia Kakalec, an attorney duly licensed to practice law in the State of New York and in this Court, declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the principal at Kakalec Law PLLC, co-counsel for Plaintiff in the above-referenced action, and, as such, I am familiar with the facts and documents relevant to this dispute

2. I previously was a partner with Kakalec & Schlanger, LLP, which represented the Plaintiffs in this case prior to the substitution of my new firm in March 2018.

3. I make this Declaration in support of the parties' application for the Court's approval of the settlement in the above-referenced case, and specifically in support of my attorneys' fees rate of $500 per hour, which is justified here based on my experience and qualifications.

4. I am a 1993 cum laude graduate of Harvard Law School.  I was admitted to practice in New York State in 1994, and am admitted in all federal courts in the State, as well as in the Second Circuit.

5. Following law school, I was a litigation associate with the former firm LeBoeuf, Lamb, Greene & MacRae, LLP.

6       After leaving LeBoeuf Lamb, I clerked for two years for the Hon. Denis R. Hurley, U.S. District Judge in the Eastern District of New York.

7       Between 1998 and 2004, I was an attorney representing migrant farmworkers throughout New York State, first with the Farmworker Law Project of the Legal Aid Society of Mid-New York, Inc., and then with Farmworker Legal Services of New York, Inc. ("FLSNY"). In these positions, I represented farmworkers, primarily in federal court, in actions related to unpaid wages, unsafe working conditions, illegal recruitment practices, and other violations of law. At FLSNY, my practice included class actions brought on behalf of groups of farmworkers.

8       Between 2004 and 2008, I was the founder and Executive Director of the Workers' Rights Law Center of New York, Inc. ("WRLC"). At the WRLC, I represented low-wage and immigrant workers in individual and class actions related to non-payment of wages, failure to pay overtime, discrimination, retaliation, and other legal violations.

9       In 2008, I joined the New York State Attorney General's Office. I served as the Bureau Chief and the Deputy Bureau Chief of the Attorney General's Labor Bureau. In 2011, when a new Attorney General took office, I remained at the Attorney General's Office and served as Special Counsel in the Labor Bureau. During this time I also served as a Chair of the Attorney General's statewide Equal Employment Opportunity Committee.

10      I left the Attorney General's Office in February 2016, and joined Kakalec & Schlanger, LLP as a partner.

11      I began practicing as the principal of Kakalec Law PLLC in March of this year.

12  For nineteen of my twenty-four years of legal practice, I have focused on representing workers and the interests of workers in employment matters, first as a legal services lawyer, then in government, and now in private practice.

13  During my time at the Attorney General's Office, I represented (and supervised those representing) the People of the State of New York, and the New York State Department of Labor (and its employees), in state and federal labor law cases, a limited sample of which includes:

(a) RI, Inc. v. Gardner, 10-CV-1795 (E.D.N.Y.) Reported decisions: 18 Wage & Hour Cas. 2d (BNA) 361 (E.D.N.Y. Aug. 11, 2011) (Boyle, J.) (granting our motion for a protective order); 889 F.Supp.2d 408 (E.D.N.Y. 2012) (Wexler, J.) (granting our motion for summary judgment), aff'd 12-3885-CV, 2013 U.S. App. LEXIS 12950 (2d Cir. June 25, 2013), cert denied;

(b) Matter of A. Uliano & Son. Ltd. v. N.Y. State Dep't. of Labor, New York Appellate Division 2d Dep't, Index no. 2011/02599, Decision reported at 97 A.D.3d 664, 949 N.Y.S.2d 84 (2d Dep't 2012) (administrative determination confirmed and petition denied except as to amount owed to one employee); and

(c) Matter of Ramirez v. Comm'r of Labor of State of N.Y., New York Appellate Division 2d Dep't, Index no. 2012-03327, Decision reported at 110 A.D.3d 901, 972 N.Y.S.2d 696 (2d Dep't 2013) (administrative determination confirmed, petition dismissed).

14  During my time as a legal services lawyer, I represented low-wage workers in class actions and individual actions, a limited sample of which includes:

(a) Iglesias-Mendoza v. La Belle Farm, Inc., reported decision at 2008 U.S. Dist. LEXIS 47431, 06-Civ-1756 (S.D.N.Y. June 12, 2008) (denying our adversary's motion to quash);

(b) Centeno-Bernuy v. Perry, reported decision at 302 F.Supp.2d 128 (W.D.N.Y. 2003) (granting our motion for preliminary injunction); and

(c) Centeno-Bernuy v. Becker Farms, reported decision at 219 F.R.D. 59 (W.D.N.Y. 2003) (granting our motion for a protective order)

15. At present, I represent employees in individual, collective, and putative class actions involving claims under the Fair Labor Standards Act in the Southern and Eastern Districts of New York, the Northern District of Illinois, and the District Court of Kansas.

16. In 2010 I was a Wasserstein Fellow at Harvard Law School, a fellowship awarded for "outstanding public interest lawyers." I also was awarded an Echoing Green fellowship in support of the Workers' Rights Law Center between 2006 and 2008.

17. I have recently been approved at a rate of $500 in a Cheeks application in the case *Suenram et al. v. Future Care, Inc.* (16-cv-4670 (LTS)(SDA)) (April 18, 2018 Order).

18. In light of my experience and qualifications, an hourly rate of $500 is reasonable for my work in this case. *See, e.g, Clover v. Shiva Realty*, 10 cv 1702, 2011 WL 1832581, *5 (S.D.N.Y. May 13, 2011) (approving an hourly rate of $500 in a FLSA case for attorney who "has been practicing law for twenty-three years, and has substantial experience in employment and civil rights cases.")

19. Fees from my prior firm also include 2.7 hours of paralegal time spent by Miriam Greenman and Fabiana Nina. Their time is billed at $100 per hour. Ms. Greenman is an experienced paralegal who holds a Master's degree. Ms. Nina is a bilingual paralegal who holds a Bachelor's degree from Rutgers University.

Dated: New York, New York
July 3, 2018

*[signature]*

Patricia Kakalec

# EXHIBIT 1

(Time 1/25/18 – 7/3/18)

| Date | Hours | Type | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|---|
| 1/25/2018 | 0.7 | Draft discovery | Draft and send deposition notices for all Ds, to D counsel | 500 | $350.00 | Patricia Kakalec |
| 1/26/2018 | 0.2 | Email | emails w/ D counsel re: deposition dataes | 500 | $100.00 | Patricia Kakalec |
| 2/7/2018 | 2.3 | Draft discovery | Review documents for production; begin draft of document production response and interrogatories | 500 | $1,150.00 | Patricia Kakalec |
| 2/7/2018 | 0.8 | Telephone call | Call w/ client re: discovery responses, documents | 500 | $400.00 | Patricia Kakalec |
| 2/8/2018 | 0.3 | Telephone call | Follow up questions to client on discovery | 500 | $150.00 | Patricia Kakalec |
| 2/9/2018 | 1.9 | Draft discovery | Draft/edit discovery responses, prepare documents for production | 500 | $950.00 | Patricia Kakalec |
| 2/9/2018 | 0.1 | Email | Send discovery to D counsel w/ message | 500 | $50.00 | Patricia Kakalec |
| 2/12/2018 | 0.6 | Meeting | Meet w/ client re: discovery, next steps in case; client signature on interrogatories | 500 | $300.00 | Patricia Kakalec |
| 2/12/2018 | 0.1 | Email | Send updated discovery to D counsel w/ message | 500 | $50.00 | Patricia Kakalec |
| 3/1/2018 | 0.2 | Draft court papers | substitution of firm | 500 | $100.00 | Patricia Kakalec |
| 3/1/2018 | 0.4 | Meeting | Meet w/ client re: next steps in case, settlement conference, current pay practices (.4), and sign consent to firm change | 500 | $200.00 | Patricia Kakalec |
| 3/6/2018 | 0.1 | ECF filing | consent to substitution counsel | 500 | $50.00 | Patricia Kakalec |
| 3/21/2018 | 0.5 | Draft court papers | Draft letter requesting extension plus proposed order; ECF file and email to clerk | 500 | $250.00 | Patricia Kakalec |
| 3/23/2018 | 0.9 | Correspondence | Ltr to Kim re: law, settlement amounts | 500 | $450.00 | Patricia Kakalec |
| 3/28/2018 | 0.4 | Other | Update damage calculations for 2011 | 500 | $200.00 | Patricia Kakalec |

| Date | Hours | Task | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|---|
| 3/30/2018 | 0.9 | Draft court papers | Check rules, draft settlement letter to J. Fox, send draft to D. Raskin | 500 | $450.00 | Patricia Kakalec |
| 4/2/2018 | 0.2 | Review | Review settlement offer letter from D counsel; email to co-counsel re: same | 500 | $100.00 | Patricia Kakalec |
| 4/3/2018 | 0.5 | Telephone call | TC call w/ client re: settlement conference, email to D. Raskin re: same. | 500 | $250.00 | Patricia Kakalec |
| 4/4/2018 | 0.1 | Email | Communication w/ client re: settlement conference | 500 | $50.00 | Patricia Kakalec |
| 4/4/2018 | 0.2 | Telephone call | Call from client re: conference | 500 | $100.00 | Patricia Kakalec |
| 4/5/2018 | 0.4 | Other | Update spreadsheet, to D counsel | 500 | $200.00 | Patricia Kakalec |
| 4/5/2018 | 0.5 | Prepare | Prepare for ct. conference | 500 | $250.00 | Patricia Kakalec |
| 4/5/2018 | 0.8 | RT Travel to court | Settlement conference | 250 | $200.00 | Patricia Kakalec |
| 4/5/2018 | 4 | Attend Court | Settlement conference | 500 | $2,000.00 | Patricia Kakalec |
| 4/5/2018 | 0.3 | Meeting | Meet w/ client in advance of settlement conference | 500 | $150.00 | Patricia Kakalec |
| 4/6/2018 | 1.6 | Draft court papers | Drafting settlement agreement | 500 | $800.00 | Patricia Kakalec |
| 4/6/2018 | 0.5 | Draft court papers | Draft confession of judgment | 500 | $250.00 | Patricia Kakalec |
| 4/6/2018 | 0.2 | Draft court papers | Consent to MJ jurisdiction | 500 | $100.00 | Patricia Kakalec |
| 4/9/2018 | 0.2 | Draft court papers | Check rule, draft notice of voluntary dismissal as to Battery Place Market | 500 | $100.00 | Patricia Kakalec |
| 4/11/2018 | 0.3 | Draft court papers | Milan confession of judgment (.2); to D counsel with other settlement docs and consent doc | 500 | $150.00 | Patricia Kakalec |
| 4/12/2018 | 0.2 | Telephone call | TC w/ client re: next steps, payment deposits, etc. | 500 | $100.00 | Patricia Kakalec |

| Date | Hours | Activity | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|---|
| 4/17/2018 | 0.1 | Telephone call | TC w/ D. Kim re: settlement papers, MJ consent papers | 500 | $50.00 | Patricia Kakalec |
| 4/18/2018 | 0.4 | ECF filing | File voluntary dismissal of Battery Place Market (.1); check rules & call clerk re: filing MJ consent; sign and email to judgments clerk. | 500 | $200.00 | Patricia Kakalec |
| 4/18/2018 | 0.1 | Edit/revise | Notices from the court. Edit & re-send MJ consent; email voluntary dismissal | 500 | $50.00 | Patricia Kakalec |
| 5/1/2018 | 0.1 | Email | email D counsel re: missing comments or signed agreement | 500 | $50.00 | Patricia Kakalec |
| 5/2/2018 | 0.2 | Email | TC call from client re: timing, next steps | 500 | $100.00 | Patricia Kakalec |
| 5/2/2018 | 0.1 | Email | Email to/from D counsel re: agreement signature | 500 | $50.00 | Patricia Kakalec |
| 5/7/2018 | 0.3 | Email | Email w/ D. Kim re: agreement; review changes to agreement & consent, revise agreement & circulate. | 500 | $150.00 | Patricia Kakalec |
| 5/7/2018 | 0.5 | Meeting | Meet w/ client to sign & review settlement agreement | 500 | $250.00 | Patricia Kakalec |
| 5/14/2018 | 0.1 | Email | Emails w/ D counsel re: getting signed document | 500 | $50.00 | Patricia Kakalec |
| 5/16/2018 | 1 | Draft court papers | Cheeks letter | 500 | $500.00 | Patricia Kakalec |
| 5/21/2018 | 0.4 | Research | Research for Cheeks application | 500 | $200.00 | Patricia Kakalec |
| 5/21/2018 | 0.7 | Edit/revise | Drafting Cheeks application | 500 | $350.00 | Patricia Kakalec |
| 5/25/2018 | 0.1 | Email | Emails D counsel re: agreement signatures | 500 | $50.00 | Patricia Kakalec |
| 5/29/2018 | 0.3 | Telephone call | TC w/ E. Kim re: signed agreement (.1); TC w/ D. Rankin re: same, next steps (.2) | 500 | $150.00 | Patricia Kakalec |

| Date | Hours | Task | Description | Rate | Amount | Attorney |
|---|---|---|---|---|---|---|
| 6/11/2018 | 0.1 | Email | Emails w/ D counsel re: settlement agreement | 500 | $50.00 | Patricia Kakalec |
| 6/13/2018 | 0.1 | Email | Emails w/ D counsel re: settlement agreement | 500 | $50.00 | Patricia Kakalec |
| 6/13/2018 | 0.4 | Edit/revise | Revise settlement agreement, circulate to D counsel | 500 | $200.00 | Patricia Kakalec |
| 6/13/2018 | 0.2 | Telephone call | TC w/ client re: status of agreement, etc. | 500 | $100.00 | Patricia Kakalec |
| 6/14/2018 | 0.7 | Meeting | Meeting w/ client re: new agreement; circulate to all counsel | 500 | $350.00 | Patricia Kakalec |
| 6/26/2018 | 0.3 | Edit/revise | Edits to Cheeks letter, to co-counsel | 500 | $150.00 | Patricia Kakalec |
| 6/28/2018 | 0.2 | Edit/revise | D counsel edits to cheeks letter, emails re: same | 500 | $100.00 | Patricia Kakalec |
| 6/29/2018 | 0.8 | Prepare | Review & prepare time submission, declaration for Cheeks application; finalize declaration | 500 | $400.00 | Patricia Kakalec |
| 7/3/2018 | 0.2 | Telephone call | TC w/ client re: status of agreement, etc. | 500 | $100.00 | Patricia Kakalec |
| 7/3/2018 | 0.5 | Edit/revise | Finalize Cheeks letter with exhibits, file by ECF | 500 | $250.00 | Patricia Kakalec |
| | | | | | $13,950.00 | |

# EXHIBIT 2

(Time 4/26/17 – 1/25/18)

| Date | User | Hours | Rate | Activity Tag | Activity Description | Total |
|---|---|---|---|---|---|---|
| 4/26/2017 | Miriam Greenman | 0.2 | 100 | Other | Upload Flores Disk and save into dropbox | $20.00 |
| 4/26/2017 | Patricia Kakalec | 0.2 | 500 | Open Case | | $100.00 |
| 4/26/2017 | Patricia Kakalec | 0.9 | 500 | Edit/Revise | Edits, add claim to first complaint | $450.00 |
| 4/26/2017 | Patricia Kakalec | 1.3 | 500 | Edit/Revise | check docket for consent to sue (.1); edit and revise complaint for first amended complaint (1.1); email to D. Rankin attaching complaint (.1) | $650.00 |
| 4/26/2017 | Patricia Kakalec | 0.2 | 500 | Draft | Draft consent to sue, English & Spanish | $100.00 |
| 4/26/2017 | Patricia Kakalec | 0.1 | 500 | Review | Check PACER for other cases against defendants | $50.00 |
| 4/26/2017 | Patricia Kakalec | 0.8 | 500 | Review | Review file from D. Rankin | $400.00 |
| 5/1/2017 | Patricia Kakalec | 0.1 | 500 | Email Related | Email w/ D. Rankin re: draft complaint; co-counsel | $50.00 |
| 5/1/2017 | Patricia Kakalec | 0.4 | 500 | Edit/Revise | Edit First Amended Complaint including D. Rankin input. | $200.00 |
| 5/1/2017 | Patricia Kakalec | 0.4 | 500 | Review | Review & edits to co-counseling agreement (.3); email to D. Rankin w/ message re: the same (.1) | $200.00 |
| 5/3/2017 | Patricia Kakalec | 0.2 | 500 | Email Related | Edits to co-counsel agreement, sign, email to D. Rankin with email re: questions for client; email from D. Rankin re: TC w/ client | $100.00 |
| 5/3/2017 | Fabiana Nina | 0.4 | 100 | Phone Call/Meeting with Client | TC w/ client re: factual Qs for amended complaint | $40.00 |
| 5/19/2017 | Patricia Kakalec | 0.2 | 500 | Review | Review consent to sue; email co-counsel re: same w/ edits | $100.00 |
| 5/24/2017 | Patricia Kakalec | 0.1 | 500 | Draft | Draft notice of appearance | $50.00 |
| 5/24/2017 | Patricia Kakalec | 0.1 | 500 | Email Related | Email w/ D. Rankin re: consent to sue, timing, filing | $50.00 |
| 5/25/2017 | Patricia Kakalec | 0.5 | 500 | Edit/Revise | Finalize amended complaint, to D. Rankin for filing | $250.00 |

| Date | Attorney | Hours | Rate | Category | Description | Amount |
|---|---|---|---|---|---|---|
| 5/30/2017 | Patricia Kakalec | 0.1 | 500 | ECF Related | File notice of appearance | $50.00 |
| 5/30/2017 | Patricia Kakalec | 0.2 | 500 | Research | online research | $100.00 |
| 5/30/2017 | Miriam Greenman | 0.2 | 500 | Review | Review answer (.2); email D. Rankin re: same | $100.00 |
| 6/1/2017 | Miriam Greenman | 0.5 | 130 | Saving documents to file (online) | Saving new documents pulling old documents from pacer and saving to file | $65.00 |
| 6/26/2017 | Patricia Kakalec | 0.1 | 500 | Email Related | Email w/ D. Rankin re: conference (.1); TK check local rules and J. Carter rules re: submitting proposed schedule (.2) | $50.00 |
| 6/27/2017 | Patricia Kakalec | 0.3 | 500 | Confer | TC w/ D. Rankin re: upcoming conference | $150.00 |
| 6/28/2017 | Patricia Kakalec | 0.1 | 500 | Phone call/meeting | Attempted conference call w/ D. Kim & D. Rankin | $50.00 |
| 6/29/2017 | Patricia Kakalec | 0.3 | 500 | Attend meeting | with co-counsel after conference | $150.00 |
| 6/29/2017 | Patricia Kakalec | 0.4 | 500 | Court - Conference | Initial pretrial conference | $200.00 |
| 6/29/2017 | Patricia Kakalec | 0.8 | 250 | Travel Related | Travel to/from conferene | $200.00 |
| 7/8/2017 | Patricia Kakalec | 0.2 | 500 | Review | Review proposed amended complaint (.1); email w/ D. Rankin re: same (.1) | $100.00 |
| 7/11/2017 | Patricia Kakalec | 0.3 | 500 | Review | Review 2d amended complaint new draft; my edits; email back to D. Rankin explaining edits. | $150.00 |
| 7/11/2017 | Patricia Kakalec | 0.3 | 500 | Review | Review 2d amended complaint with changes; email to D. Rankin re: my comments. | $150.00 |
| 7/13/2017 | Miriam Greenman | 0.2 | 100 | Saving documents to file (online) | | $20.00 |
| 7/20/2017 | Patricia Kakalec | 0.6 | 500 | Document Production Related | Draft initial disclosures (.4); emails w/ D counsel re: confer before conference (.2) | $300.00 |
| 7/24/2017 | Patricia Kakalec | 0.3 | 500 | Attend Telephone Conference | Attend Telephone Conference | $150.00 |
| 7/24/2017 | Patricia Kakalec | 0.4 | 500 | Draft | Draft | $200.00 |

| Date | Attorney | Hours | Rate | Category | Description | Amount |
|---|---|---|---|---|---|---|
| 8/11/2017 | Patricia Kakalec | 0.5 | 500 | Court Document Related | begin document requests and interrogatories | $250.00 |
| 8/13/2017 | Miriam Greenman | 0.1 | 130 | Saving documents to file (online) | Saving documents to file (online) | $13.00 |
| 8/15/2017 | Patricia Kakalec | 0.4 | 500 | Court Document Related | Drafting interrogatories | $200.00 |
| 8/16/2017 | Patricia Kakalec | 2.2 | 500 | Court Document Related | Finish interrog and document requests to D. Rankin | $1,100.00 |
| 8/17/2017 | Patricia Kakalec | 0.2 | 500 | Document Production Related | review and add D. Rankin edits to discovery | $100.00 |
| 8/18/2017 | Patricia Kakalec | 0.5 | 500 | Document Production Related | send discovery and email to D counsel (.2); review discovery before sending (.3) | $250.00 |
| 8/28/2017 | Patricia Kakalec | 0.2 | 500 | Email Related | email re missing docs | $100.00 |
| 9/7/2017 | Patricia Kakalec | 0.2 | 500 | Correspondence with Opposing Counsel | email w/ D. Rankin re initial disclosure non-response | $100.00 |
| 9/15/2017 | Patricia Kakalec | 0.2 | 500 | Edit/Revise | Review/edits to ltr. to opposing counsel; email w/ co-counsel re: same | $100.00 |
| 9/27/2017 | Patricia Kakalec | 0.6 | 500 | Review | email D. Kim re meet and confer (.1); review draft agreement (.5) | $300.00 |
| 10/2/2017 | Patricia Kakalec | 0.2 | 500 | Correspondence with Opposing Counsel | emails with D. Kim re discovery response | $100.00 |
| 10/3/2017 | Patricia Kakalec | 0.2 | 500 | Review | quick review of produced materials | $100.00 |
| 10/4/2017 | Patricia Kakalec | 0.2 | 500 | Correspondence with Opposing Counsel | emails from D with discovery, quick review | $100.00 |
| 10/17/2017 | Patricia Kakalec | 0.4 | 500 | Review | review J and MJ rules, review order re: settlement conference, complete attendance sheet, email CoC re conference | $200.00 |
| 10/18/2017 | Patricia Kakalec | 1.3 | 500 | Other | damage calculations/excel - spreadsheet of hours and other | $650.00 |
| 10/18/2017 | Patricia Kakalec | 0.4 | 500 | Drafting Court Documents | draft letter to court for conference | $200.00 |
| 10/19/2017 | Patricia Kakalec | 0.3 | 500 | Research | complete spread calc | $150.00 |
| 10/19/2017 | Patricia Kakalec | 1 | 500 | Settlement/Negotiation Related | complete and edits to settlement letter | $500.00 |

| Date | Attorney | Hours | Rate | Category | Description | Amount |
|---|---|---|---|---|---|---|
| 10/19/2017 | Patricia Kakalec | 2.2 | 500 | Phone Call/Meeting with Opposing Counsel | review new docs from Def (.2); TC with D. Rankin (.4); TC with Def Counsel (.3); research mixed tip work (.7); draft section on tipped work (.3); edits to letter to reflect, send to DR (.3) | $1,100.00 |
| 10/20/2017 | Patricia Kakalec | 0.3 | 500 | Drafting Court Documents | Draft model settlement to bring to conference | $150.00 |
| 10/20/2017 | Patricia Kakalec | 1.3 | 500 | Review | damage calc based on DR summary (.9); emails with CoC re damage calc (.2); edits to letter, incorporating #s (.2) | $650.00 |
| 10/20/2017 | Patricia Kakalec | 0.1 | 500 | Review | review order rescheduling, email re same | $50.00 |
| 10/24/2017 | Patricia Kakalec | 0.3 | 500 | Settlement/Negotiation Related | blank settlement agreement | $150.00 |
| 10/25/2017 | Patricia Kakalec | 0.1 | 500 | Settlement/Negotiation Related | email with CoC re settlement demand | $50.00 |
| 10/29/2017 | Miriam Greenman | 0.4 | 100 | Draft | Drafting Fees and Expenses documents | $40.00 |
| 10/30/2017 | Miriam Greenman | 0.2 | 100 | Edit/Revise | time report | $20.00 |
| 10/30/2017 | Patricia Kakalec | 0.1 | 500 | Settlement/Negotiation Related | email with settlement offer | $50.00 |
| 10/30/2017 | Patricia Kakalec | 0.2 | 500 | Correspondence with Opposing Counsel | emails to/from D Counsel re settlement, conference | $100.00 |
| 10/30/2017 | Patricia Kakalec | 0.9 | 500 | Drafting Court Documents | TC with D. Rankin re adjournment request (.2); letter to court re adjournment request (.5); ECF letter (.2) | $450.00 |
| 10/31/2017 | Patricia Kakalec | 0.1 | 500 | Correspondence with Opposing Counsel | review letter from D. Counsel | $50.00 |
| 11/7/2017 | Patricia Kakalec | 1.2 | 500 | Review | review discovery responses, draft letter re: deficiencies | $600.00 |
| 11/8/2017 | Patricia Kakalec | 0.8 | 500 | Correspondence with Opposing Counsel | research case on disc. response (.3); emails with D. Rankin re response to disc (.1); edits to letter (.3); send to D counsel (.1) | $400.00 |

| Date | Name | Hours | Rate | Category | Description | Amount |
|---|---|---|---|---|---|---|
| 11/15/2017 | Patricia Kakalec | 0.2 | 500 | Research | Check order & local rules re: discovery non-compliance, email D. Rankin re: same | $100.00 |
| 11/16/2017 | Patricia Kakalec | 0.8 | 500 | Phone Call/Meeting with Opposing Counsel | Review discovery ltr before call (.1); TC w/ Daniel Kim re: discovery, damages (.4); email to D. Rankin summarizing same (.1); email cites to D. Kim (.1); email confirmation to D. Kim (.1) | $400.00 |
| 11/20/2017 | Patricia Kakalec | 0.5 | 500 | Revise/Edit Court Documents | Edits to motion to compel letter (.4); email w/ D. Rankin re: same (.1) | $250.00 |
| 11/27/2017 | Patricia Kakalec | 0.4 | 500 | Revise/Edit Court Documents | edit to discovery letter, ECF with exhibits | $200.00 |
| 12/8/2017 | Patricia Kakalec | 0.1 | 500 | Confer | email with CoC re motion on discovery | $50.00 |
| 12/22/2017 | Patricia Kakalec | 0.3 | 500 | Review | Review D counsel letter to court (.1); email w/ co-counsel re: discovery, next steps, timing (.2) | $150.00 |
| 12/31/2017 | Miriam Greenman | 0.1 | 100 | Saving documents to file (online) | Def response to Doc Requests | $10.00 |
| 1/10/2018 | Miriam Greenman | 0.1 | 100 | Saving documents to file (hard copies) | saving files | $10.00 |
| 1/15/2018 | Patricia Kakalec | 3.7 | 500 | Phone Call/Meeting with Client | 3.2   Meet w/ Luis Flore to prep for deposition .5 review D docs in advance of dep prep | $1,850.00 |
| 1/16/2018 | Patricia Kakalec | 6.1 | 500 | Attend Deposition | Meet w/ client to prep for deposition (.5) Deposition of Luis Flores: 5.6 hours (.6 waiting for deposition to start; .5 meet with client during deposition break; 5 hours deposition) | $3,050.00 |
| 1/17/2018 | Patricia Kakalec | 0.4 | 500 | Correspondence with Client | review ct. order re: extension of time (.1); review ct. order re: changing settlement conference date (.1); email to D. Rankin re: deposition (.1); text w client re: settlement conference date (.1) | $200.00 |

| Date | Attorney | Hours | Rate | Category | Description | Amount |
|---|---|---|---|---|---|---|
| 1/25/2018 | Miriam Greenman | 0.3 | 100 | Calendaring/Scheduling | calendaring depositions | $30.00 |
| | | | | | | $19,668.00 |

Breakdown:
| | |
|---|---|
| Patricia Kakalec | 19,398.00 |
| Miriam Greenman | 230.00 |
| Fabiana Nina | 40.00 |